1  LATHAM & WATKINS LLP
       Patrick E. Gibbs (Bar No. 183174)
2  140 Scott Drive
   Menlo Park, California 94025-3656
3  Telephone:  (650) 328-4600
   Facsimile:   (650) 463-2600                    *E-FILED 11/22/06*

4
   LATHAM & WATKINS LLP
5      Ellen K. Brown (Bar No. 209588)
   505 Montgomery Street, Suite 2000
6  San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
7  Facsimile:  (415) 395-8095

8  Attorneys for Nominal Defendant
   PMC-SIERRA, INC. and Individual Defendants
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14
   LAWRENCE BARONE, Derivatively on          CASE NO. 06-CV-06473-RS
15  Behalf of PMC-SIERRA, INC.,

16              Plaintiff,

17        v.                                 **STIPULATION AND [PROPOSED]
                                             ORDER TO EXTEND TIME FOR
18  ROBERT L. BAILEY, ALAN F. KROCK,         DEFENDANTS TO RESPOND
   GREGORY AASEN, STEFFEN PERNA,             DERIVATIVE COMPLAINT**
19  COLIN HARRIS, RICHARD E.
   BELLUZZO, JAMES DILLER, SR.,
20  MICHAEL FARESE, JONATHAN JUDGE,          Hon. Richard Seeborg
   WILLIAM KURTZ and FRANK
21  MARSHALL,

22              Defendants,

23  And

24  PMC-SIERRA, INC., a DELAWARE
   CORPORATION
25
                Nominal Defendant.
26

27

28

LATHAM&WATKINSᴸᴸᴾ   SF\586802.2
ATTORNEYS AT LAW
SAN FRANCISCO
                                          STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
                                                               RESPOND TO COMPLAINT
                                                               CASE NO. C-06-06473-RS

1    WHEREAS, on October 16, 2006, plaintiff Lawrence Barone ("Plaintiff") filed

2  the above-captioned derivative matter purportedly on behalf of PMC-Sierra, Inc. (the

3  "Company");

4    WHEREAS, a related derivative action purportedly brought on behalf of the

5  Company was previously filed in this Court on August 29, 2006, captioned *Beiser v. Bailey, et*

6  *al.*, N.D. Cal. Case No. 4:06-CV-05330-RS;

7    WHEREAS, on October 26, 2006, plaintiff in the *Beiser* action filed a Motion to

8  Consolidate Actions and To Appoint Lead Plaintiff and Lead Counsel ("Motion to Consolidate")

9  in order to consolidate the *Beiser* action with the above-captioned matter;

10    WHEREAS, the hearing on the Motion to Consolidate the *Beiser* action and the

11  above-captioned matter is scheduled for December 6, 2006 at 9:30 a.m.;

12    WHEREAS, on November 1, 2006, in exchange for acceptance of service of the

13  Complaint on behalf of all defendants who had not yet been served as of that date, counsel for

14  Plaintiff agreed to allow the Company and the Individual Defendants (collectively "Defendants")

15  an extension of time to respond to the Complaint until a date to be determined after the Motion to

16  Consolidate is resolved;

17    WHEREAS, Plaintiff anticipates that, at some point after the resolution of this

18  Motion to Consolidate, the current Complaint will be superseded by a Consolidated Amended

19  Derivative Complaint;

20    WHEREAS, the parties believe that postponing the date by which Defendants

21  currently must respond to the Complaint until after such time as the Consolidated Amended

22  Derivative Complaint is filed and served would conserve the resources of the Court and the

23  parties;

24    THEREFORE, the parties hereby stipulate, and request the Court to order, that

25  Defendants need not respond to the current Complaint in this matter until such time as the

26  Consolidated Amended Derivative Complaint is filed and served.  Defendants shall have up to

27  / / /

28  / / /

2

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\586802.2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. C-06-06473-RS

1  and including 30 days after the filing of the Consolidated Amended Complaint in which to file an

2  answer, motion to strike or dismiss, or otherwise respond to the Consolidated Amended

3  Complaint.

4

5  Dated:   November 22, 2006           LATHAM & WATKINS LLP

6

7                                       By: _____/s/_____

8                                            Ellen K. Brown

9                                       Attorneys for Nominal Defendant PMC-
                                        SIERRA, INC. and Defendants ROBERT L.
                                        BAILEY, ALAN F. KROCK, GREGORY
10                                      AASEN, STEFFEN PERNA, COLIN
                                        HARRIS, RICHARD E. BELLUZZO, JAMES
11                                      DILLER, SR., MICHAEL FARESE,
                                        JONATHAN JUDGE, WILLIAM KURTZ
12                                      and FRANK MARSHAL

13

14  Dated:   November 22, 2006           THE LAW OFFICES OF DAVID M. GOLDSTEIN

15

16

17                                      By: _____/s/ (With express authorization)_____
                                            David M. Goldstein
18                                      Attorney for Plaintiff

19                                      *Filer's Attestation: Pursuant to General
                                        Order No. 45, Section X(B) regarding
20                                      signatures, Ellen K. Brown hereby attests that
                                        concurrence in the filing of this document has
21                                      been obtained.*

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\586802.2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. C-06-06473-RS

1
2
## [~~PROPOSED~~] ORDER

3      Having considered the parties' Stipulation to Extend Time for Defendants to

4  Respond to the Complaint, and good cause appearing, the Court hereby GRANTS the parties'

5  stipulation.  Defendants are not required to respond to the current Complaint because it is

6  anticipated that a Consolidated Amended Derivative Complaint will be filed after the resolution

7  of Plaintiff's Motion to Consolidate.  Defendants shall have up to and including 30 days after the

8  filing of the Consolidated Amended Complaint in which to file an answer, motion to strike or

9  dismiss, or otherwise respond to the Consolidated Amended Complaint.

10      IT IS SO ORDERED.

11
12
13  Dated: _____11/22_____, 2006

14                                   _____

15                                   Honorable Richard Seeborg

16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\586802.2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. C-06-06473-RS