LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
moniquew@lerachlaw.com
aelishb@lerachlaw.com
     – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com

*E-FILED 12/6/06*

[Proposed] Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. IAN BEISER, Derivatively on Behalf of PMC-SIERRA, INC., <br><br>                         Plaintiff,<br><br>    vs.<br><br>ROBERT L. BAILEY, et al.,<br><br>                         Defendants,<br><br>    – and –<br><br>PMC-SIERRA, INC., a Delaware corporation,<br><br>                    Nominal Defendant. | No. C-06-05330-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING CASES FOR ALL PURPOSES; SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND CONTINUING CMC TO FEBRUARY 7, 2007 |

[Caption continued on following page.]

| | |
|---|---|
| LAWRENCE BARONE, Derivatively on Behalf of PMC-SIERRA, INC.,<br><br>                 Plaintiff,<br><br>  vs.<br><br>ROBERT L. BAILEY, et al.,<br><br>                Defendants,<br><br>   – and –<br><br>PMC-SIERRA, INC., a Delaware corporation,<br><br>              Nominal Defendant. | No. C-06-06473-RS |

1  WHEREAS, there are two related shareholder derivative actions on behalf of Nominal Defendant PMC-Sierra, Inc. ("PMC-Sierra") pending in this district:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Beiser v. Bailey, et al.* | C-06-05330-RS | August 29, 2006 |
| *Barone v. Bailey, et al.* | C-06-06473-RS | October 16, 2006 |

WHEREAS, the two related shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, on October 26, 2006, Plaintiff Ian Beiser moved to consolidate the above-referenced actions and to appoint Beiser as lead plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin") as lead counsel;

WHEREAS, on November 22, 2006, this Court issued an Order Re Motion to Consolidate and to Appoint Lead Plaintiff and Counsel instructing Plaintiff Beiser to re-notice the motion and ensure that all parties in the *Barone* action are served therewith;

WHEREAS, plaintiff's counsel in the *Beiser* action has met and conferred with plaintiff's counsel in the *Barone* action and with defendants' counsel in both actions;

WHEREAS, all parties agree to consolidation of the above-referenced actions;

WHEREAS, after meeting and conferring, all named plaintiffs agree that Beiser should be appointed Lead Plaintiff and Lerach Coughlin should be appointed Lead Counsel;

WHEREAS, defendants take no position as to the appointment of Beiser as Lead Plaintiff and Lerach Coughlin as Lead Counsel;

WHEREAS, counsel for plaintiffs and defendants (including Nominal Defendant PMC-Sierra and all Individual Defendants) have met and conferred and respectfully request that the Case Management Conference currently scheduled in the *Beiser* action for December 6, 2006 at 2:30 p.m. should be continued until February 7, 2007 at 2:30 p.m., or as soon thereafter as the Court is available so as to occur after such time as the *Beiser* and *Barone* actions have been consolidated; and

WHEREAS, the agreed-upon schedule set forth below is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

## I. CONSOLIDATION OF ACTIONS

1. The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Beiser v. Bailey, et al.* | C-06-05330-RS | August 29, 2006 |
| *Barone v. Bailey, et al.* | C-06-06473-RS | October 16, 2006 |

2. The caption of these consolidated actions shall be "*In re PMC-Sierra, Inc. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-05330-RS. Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3. Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PMC-SIERRA, INC. DERIVATIVE LITIGATION ) ) ) ) This Document Relates To: ) ) | Master File No. C-06-05330-RS |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately

after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-05330-RS, *Beiser v. Bailey, et al.*").

5.  A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court.  Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6.  When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No further copies need be filed, and no other docket entries need be made.

7.  When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8.  When a case which properly belongs as part of *In re PMC-Sierra, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Richard Seeborg, the clerk of this Court shall:

(a) Place a copy of this Order in the separate file for such action;

(b) Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c) Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re PMC-Sierra, Inc. Derivative Litigation*.

II.  **APPOINTMENT OF LEAD PLAINTIFF AND CO-LEAD COUNSEL**

9.  Plaintiff Ian Beiser shall be appointed Lead Plaintiff.

10. The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP shall be appointed Lead Counsel for plaintiff in the consolidated *PMC-Sierra* shareholder derivative actions.[1]

11. Lead Counsel shall have authority to speak for plaintiff in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiff and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiff except through Lead Counsel.

13. Lead Counsel also shall be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

14. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of plaintiff, and such agreements shall be binding on plaintiff.

### III. SCHEDULE

15. Plaintiff shall no later than 45 days from the entry of this Order file and serve a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service shall be effected with respect to defendants by serving the Consolidated Complaint on counsel for defendants.

16. Defendants shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiff shall file and serve their opposition within 45 days after the

---

[1] Defendants take no position as to the appointment of Ian Beiser as Lead Plaintiff and Lerach Coughlin as Lead Counsel.

1  service of the motion.  If defendants file and serve a reply to plaintiff's opposition, they will do so
2  within 30 days after service of the opposition.[2]
3        IT IS SO STIPULATED.
4  DATED:  November 30, 2006      LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
5        SHAWN A. WILLIAMS
      MONIQUE C. WINKLER
6        AELISH M. BAIG

      /s/
      AELISH M. BAIG

      100 Pine Street, Suite 2600
      San Francisco, CA  94111
      Telephone:  415/288-4545
      415/288-4534 (fax)

      LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
      TRAVIS E. DOWNS III
      BENNY C. GOODMAN III
      655 West Broadway, Suite 1900
      San Diego, CA  92101
      Telephone:  619/231-1058
      619/231-7423 (fax)

      LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
      THOMAS G. WILHELM
      9601 Wilshire Blvd., Suite 510
      Los Angeles, CA  90210
      Telephone:  310/859-3100
      310/278-2148 (fax)

      [Proposed] Lead Counsel for Plaintiff

DATED:  November 30, 2006      THE LAW OFFICE OF DAVID M.
      GOLDSTEIN
      DAVID M. GOLDSTEIN

      /s/
      DAVID M. GOLDSTEIN

---

[2] This agreement supersedes the briefing schedule previously stipulated to by the parties to the *Beiser* and *Barone* actions (filed November 17, 2006 and November 22, 2006, respectively).

STIP & [PROPOSED] ORD CONSOLIDATING CASES FOR ALL PURPOSES AND SETTING
SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT - C-06-05330-RS     - 5 -

|||
|---|---|
| | 10535 Foothill Boulevard, Suite 300 |
| | Rancho Cucamonga, CA 91730 |
| | Telephone: 909/466-4757 |
| | 909/980-5525 (fax) |
| | marlene@daveglaw.com |
| | Attorneys for Plaintiff Lawrence Barone |

I, AELISH M. BAIG, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES; SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND CONTINUING CMC TO FEBRUARY 7, 2007.  In compliance with General Order 45, X.B., I hereby attest that David M. Goldstein has concurred in this filing.

DATED:  November 30, 2006                    LATHAM & WATKINS LLP
                                             ELLEN KINSLEY BROWN


                                             _____/s/_____
                                             ELLEN KINSLEY BROWN

                                             505 Montgomery Street, Suite 2000
                                             San Francisco, CA  94111-2562
                                             Telephone:  415/395-8289
                                             ellen.brown@lw.com

                                             LATHAM & WATKINS LLP
                                             PATRICK E. GIBBS
                                             140 Scott Drive
                                             Menlo Park, CA 94025-3656
                                             Telephone:  650/328-4600
                                             650/463-2600 (fax)

                                             Attorneys for Defendants

I, AELISH M. BAIG, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES; SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND CONTINUING CMC TO FEBRUARY 7, 2007.  In compliance with General Order 45, X.B., I hereby attest that Ellen Kinsley Brown has concurred in this filing.

* * *

**O R D E R**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation. Further, the Case Management Conference currently scheduled in the *Beiser* action for December 6, 2006 at 2:30 p.m. will be continued until February 7, 2007 at 2:30 p.m.

IT IS SO ORDERED.

DATED: December 6, 2006

THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

T:\CasesSF\PMC Sierra Derivative\STP00037133.doc

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ AELISH M. BAIG
AELISH M. BAIG

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:aelishb@lerachlaw.com

# Mailing Information for a Case 5:06-cv-05330-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ellen Kinsley Brown**
  ellen.brown@lw.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)